**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
KEVIN MORAN,

Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------X

**JUDGMENT**
CV 24-5177 (GRB)

A Stipulation and Order for Remand of the Honorable Gary R. Brown, United States District Judge, having been filed on November 12, 2024; reversing and remanding the Commissioner's final decision; directing the Commissioner upon remand to take further action to complete the administrative record and issue a new decision; and directing the Clerk of Court to enter judgment, it is

**ORDERED AND ADJUDGED** that the Commissioner's final decision is reversed and remanded; that upon remand, the Commissioner shall take further action to complete the administrative record and issue a new decision; and that this case is closed.

Dated: November 13, 2024
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s/ James J. Toritto
Deputy Clerk